

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 03, 2025

___

**ZBS LAW, LLP**
Shadd A. Wade, Esq. (NV Bar 11310)
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148
(702) 948-8565
(702) 446-9898 Fax
swade@zbslaw.com
Counsel for Secured Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CAROL A. NORDEEN,<br><br>               Debtors. | Case No.: 24-15924-nmc<br><br>Chapter 13<br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing –**<br>Date:   February 18, 2025<br>Time:  01:30 PM<br>Place:  Telephonic/ Remote |

     U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust's ("Secured Creditor") Motion for Relief from Automatic Stay, came on for hearing on February 18, 2025, before the Honorable Judge Natalie M. Cox, appearances as noted.

Good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay is vacated and extinguished as to the property commonly known as **7821 BRIGHT HEIGHTS ST, LAS VEGAS, NV 89131** (the "Property"), in favor of Secured Creditor, its successors, transferees and assigns. Secured Creditor may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law.

IT IS FURTHER ORDERED that all communications sent by Secured Creditor in connection with proceeding against the Property including, but not limited to, notices required state law and communications to offer and provide information with regard to potential forbearance agreement, loan modification, refinance agreement, loss mitigation agreement, or other loan workout, may be sent directly to Debtors.

IT IS FURTHER ORDERED that the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) **is not** waived.

IT IS FURTHER ORDERED that this Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

ZBS LAW, LLP

SUBMITTED this 18th day of February, 2025

/s/ *Shadd A. Wade*
Shadd A. Wade, Esq.
Attorney for Secured Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust

**CERTIFICATION OF COUNSEL**

In accordance with LR 9021, counsel submitting this document certifies that the Order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1)

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| Party | Agree | Disagree | No Response |
|---|---|---|---|
| Debtors Counsel | x | | |
| Trustee | | | x |

_X_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form and content of the order.

/s/Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310

###